## <u>AFFIDAVIT</u>

I, DEA Special Agent Keon J. Hemerlein, being duly sworn, depose and say the following:

## <u>INTRODUCTION</u>

1. Your Affiant submits this affidavit in support of a criminal complaint and arrest warrant charging Montel KENNEDY with Possession with Intent to Distribute a Controlled Substance, in violation of Title 21, United States Code, section 841(a)(1), (b)(1)(A)(viii).

## <u>AGENT'S BACKGROUND</u>

2. I am a Special Agent with the Drug Enforcement Administration (DEA) and have been since November 2024. Prior to my employment with the DEA, I was employed as a Police Officer with the City of Brunswick, OH for approximately 1 year and the City of Solon, OH for approximately 5 years. I have completed the 16-week DEA Basic Agent Training (BAT) course in Quantico, Virginia. As part of the BAT course, I have received training in narcotic investigations, narcotic interdiction, identification of narcotics, search and seizure issues, preparing search warrants, surveillance techniques, preparation and execution of narcotic search warrants, debriefing of defendants, witnesses, and cooperating sources. I have also graduated from the Cleveland Heights Police Academy, where I obtained my Ohio Peace Officer Training Certificate and training related to narcotics investigations.

3. I have been involved in multiple narcotics-related arrests, have executed search warrants, seized narcotics or dangerous drugs.  I have supervised the activities of informants and cooperating witnesses who have provided information and assistance resulting in drug buys, searches, and arrests.  Based on the above experience, I am

1

familiar with the *modus operandi* of persons involved in the illicit distribution of controlled substances, as well as the terminology used by persons involved in the illicit distribution of controlled substances. I am aware that persons involved in the illicit distribution of controlled substances nearly always attempt to conceal their identities and the locations at which drug transactions take place. I know that individuals engaged in organized drug distribution and sales often maintain records of those sales and also maintain extensive contacts with persons from whom they receive drugs and to whom they distribute drugs. It is likewise essential that such organized groups meet to formulate plans concerning narcotics or other illegal activities, and to divide their illegal proceeds.

4. I have also received training in the identification of narcotics, search and seizure issues, and preparing search warrants. I have had experience in surveillance techniques, investigating narcotic and criminal cases, including the preparation and execution of narcotic and other criminal case search warrants and debriefing of defendants, witnesses, cooperating sources and other persons who have personal knowledge of narcotics and criminal violations. I have been involved in narcotic related arrests and executed search warrants, which resulted in the seizure of narcotics, and supervised the activities of informants who have provided information and assistance resulting in narcotic purchases. I have questioned suspects, debriefed informants and have conferred with other officers and prosecuting attorneys, and as a result have gained experience in investigating drug trafficking organizations. On a regular basis, I review law enforcement bulletins and intelligence reports regarding narcotic trafficking and smuggling, and remain in communication with counterparts in order to keep up to date

with modern techniques and trends used by narcotic traffickers in the domestic and international arena.

## PROBABLE CAUSE

5.  On April 14, 2026, Portage County Sheriff's Office (PCSO) Deputy Paolucci observed a maroon 2025 Jeep Wagoneer (MI-3207RF) traveling eastbound on IR 80 near Freedom Twp, OH. Deputy Paolucci then observed multiple traffic violations committed by the vehicle. Based on these violations, he initiated a traffic stop. Deputies made contact with the sole occupant/driver, later identified as Montel KENNEDY. Deputy Paolucci observed a strong odor of burnt marijuana coming from the passenger compartment area of the vehicle. Deputies asked KENNEDY why the vehicle smelt like burnt marijuana, and KENNEDY stated his girlfriend has smoked marijuana in the vehicle before. KENNEDY also stated he was driving from Michigan to Pennsylvania.

6.  KENNEDY was requested to exit the vehicle and detained in the rear of a marked patrol car in order for deputies to conduct a probable cause search. Deputies learned through dispatch after checking KENNEDY's information, that he had numerous felony warrants for his arrest, to include illegal conveyance into a detention facility, possession of heroin and possession of a fentanyl related compound. KENNEDY was advised of his Miranda rights, and he advised that he understood them. KENNEDY made conflicting statements to deputies, as he initially stated he was on his way to the courthouse to turn himself in on his warrants, but then stated he was going to pick up his girlfriend in Pennsylvania and then drive back to Portage County to turn himself in.

7.  Deputies continued the probable cause search of the vehicle. Deputies located behind the plastic panels on the back of the front driver and front passenger seat, a total

3

of 4 vacuum sealed clear plastic bags with crystal-like substances, which all later field-tested positive for the presence of methamphetamine. Deputies weighed the suspected crystal methamphetamine, and the total weight was approximately 1860 grams.

8. On KENNEDY's person, deputies located two cellular phones. Deputies located two more cellular phones in the center console of the vehicle, which KENNEDY denied ownership of.

9. KENNEDY was transported to the Portage County Sheriff's Office Jail, where deputies also located a 2mg buprenorphine strip in his wallet.

## **CONCLUSION**

10. Based on the above, there is probable cause to believe that Montel KENNEDY has committed the offense of Possession with Intent to Distribute a Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1) (b)(1)(A)(viii). Affiant, therefore, requests that this Court issue criminal complaints and arrest warrants for Montel KENNEDY.

_____
Keon J. Hemerlein
Special Agent
Drug Enforcement Administration

Sworn to via telephone on this 15th day of April, 2026 after submission by reliable electronic means. Fed. R. Crim. P. 3, 4(d), and 4.1

_____
Amanda M. Knapp
U.S. Magistrate Judge